In the Matter of Amy R. Gurvey (admitted as Amy Rebecca Weissbrod), an Attorney, Appellant. Departmental Disciplinary Committee for the First Judicial Department, Respondent.

Submitted April 25, 2016; decided June 9, 2016

Motion for leave to appeal dismissed for failure to establish timeliness as required by section 500.22 (b) (2) of the Rules of Practice of the Court of Appeals (22 NYCRR 500.22 [b] [2]).

Judge ABDUS-SALAAM taking no part.